1  ANTHONY P. CAPOZZI, SBN: 068525
   THE LAW OFFICE OF ANTHONY P. CAPOZZI
2  1233 West Shaw Avenue, Suite 102
   Fresno, California 93711
3  Telephone:  (559) 221-0200
   Facsimile:  (559) 221-7997
4  E-Mail: anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5
6  Attorney for Defendant
   STEPHANIE ALONZO
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                              ******

11  UNITED STATES OF AMERICA,           CASE NO.: 1:25-CR-00099-JLT

12              Plaintiff,
                                        **STIPULATION TO ADVANCE**
13      v.                              **DETENTION HEARING SET FOR**
                                        **NOVEMBER 14, 2025 TO**
14  STEPHANIE ALONZO,                   **NOVEMBER 13, 2025;**

15              Defendant.

16

17      The Plaintiff, United States of America through Cody Chapple and the Defendant,

18  STEPHANIE ALONZO, by and through her attorney, Anthony P. Capozzi hereby stipulate to

19  advance the Detention Hearing current set for November 14, 2025 to November 13, 2025 at 2:00

20  p.m.

21      IT IS SO STIPULATED.

22

23  DATED:  November 12, 2025          By: */s/ Anthony P. Capozzi              .*
                                       ANTHONY P. CAPOZZI, Attorney for
24                                     STEPHANIE ALONZO

25

26  DATED:  November 12, 2025          */s/ Cody Chapple                      .*
                                       CODY CHAPPLE, Assistant
27                                     United States Attorney

28

1

**<u>ORDER</u>**

2

3          Pursuant to the parties' stipulation IT IS HEREBY ORDERED that the detention hearing

4    currently set for November 14, 2025, is advanced to November 13, 2025, at 2:00 p.m.

5    IT IS SO ORDERED.

6

7    Dated:   **November 12, 2025**              */s/ Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28