ERIC GRANT
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE ALONZO,<br><br>Defendant. | Case No. 1:25-CR-00099-JLT-SAB<br><br>**STIPULATION TO VACATE TRIAL CONFIRMATION HEARING AND TRIAL DATE AND SET FOR CHANGE-OF-PLEA HEARING: [~~PROPOSED~~] ORDER**<br><br>DATE: December 7, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties that the Trial Confirmation Hearing currently set for August 9, 2027, at 9:00 a.m., and the Jury Trial currently set for August 24, 2027, at 8:30 a.m., can be vacated as to this defendant, Stephanie Alnozo, and a Change-of-Plea Hearing can be set for December 7, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The parties have reached a resolution and will be filing the signed plea agreement shortly. Time was previously excluded through August 24, 2027, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv). ECF 298.

///

///

///

Therefore, the parties request that the Court vacate the Trial Confirmation Hearing set for August 9, 2027, at 9:00 a.m., and the Jury Trial set for August 24, 2027, at 8:30 a.m., as to Ms. Alonzo, and set a Change of Plea Hearing on December 7, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston.

Respectfully submitted,

Dated: November 6, 2026

*/s/ Anthony P. Capozzi*
Anthony P. Capozzi
Defense Counsel

*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

**ORDER**

Upon the parties' stipulation, and for good cause shown, the Trial Confirmation Hearing set for August 9, 2027, at 9:00 a.m., and the Jury Trial set for August 24, 2027, at 8:30 a.m., as to this defendant, Stephanie Alonzo, are vacated and a Change of Plea Hearing is hereby set for December 7, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: November 6, 2026

Jennifer L. Thurston

UNITED STATES DISTRICT JUDGE